**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jonathan Aten, | Civil No. 06-2931 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Scottsdale Insurance Company, | |
| Defendant. | |

---

Based on the parties' Stipulation (Doc. No. 32), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  September 2, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
